UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA
          -v-

ERROLDO WEATHERLY

-----------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 18 2006 ★

BROOKLYN OFFICE

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER:CR-03-1368(ARR)
MITCHELL C. ELMAN, ESQ
105-15 CROSS BAY BLVD., 2nd FL.
OZONE PARK, NEW YORK 11417
Defendant's Attorney & Address

THE DEFENDANT:
**XXX**  pleaded guilty to count one of the superseding indictment.
_____  was found guilty on counts            after a plea of not guilty.
       Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the
following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 21 USC 952(a), 963, 960(a)(1) & 960(b)(1)(B) | CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE & FIFTY KILOGRAMS OR MORE OF MARIJUANA. | ONE (1) |

The defendant is sentenced as provided in pages 2 through     of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____  The defendant has been found not guilty on count(s)        and is discharged as
to such count(s).
**XXX**  Remaining counts are dismissed on the motion of the United States.
**XXX**  It is ordered that the defendant shall pay to the United States a special
assessment of $100.00 which shall be due  **XXX** immediately  ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this
district within 30 days of any change of residence or mailing address until all fines,
restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec #___ __ ____

Defendant's Date of Birth 4/6/79

Defendant's Mailing Address:

672 REMSEN AVENUE

BROOKLYN, NEW YORK 11236

Defendant's Residence Address:

_____ ( SAME AS ABOVE )

APRIL 11, 2006
Date of Imposition of Sentence

AILYNE R. ROSS, U.S.D.J.

APRIL 11, 2006
Date

A TRUE COPY ATTEST
Date:_____
ROBERT C. HEINEMANN
CLERK OF COURT

By:_____

DEPUTY CLERK

Defendant: ERROLDO WEATHERLY                     Judgment - Page        of
Case Number: CR-03-1368(ARR)

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served.

____  The Court makes the following recommendations to the Bureau of Prisons:

____  The defendant is remanded to the custody of the United States Marshal.
____  The defendant shall surrender to the United States Marshal for this district,

                    ____    at _____a.m./p.m. on _____.
                    ____    as notified by the Marshal.

____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

                    ____    before 12:00 noon on _____.
                    ____    as notified by the United States Marshal.
                    ____    as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

                                    _____
                                    United States Marshal

                                    By_____

**Defendant: ERROLDO WEATHERLY**                                    Judgment - Page     of
**Case Number:CR-03-1368(ARR)**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page).  If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1) IF EXCLUDED; DEFT SHALL NOT RE-ENTER THE UNITED STATES ILLEGALLY.
2) DEFT SHALL NOT POSSESS ANY FIREARMS.


____    The defendant shall pay any fines that remain unpaid at the commencement
        of the term of supervised release.

Defendant: ERROLDO WEATHERLY

Judgment - Page  of

Case Number:CR-03-1368(ARR)

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: ERROLDO WEATHERLY
Case Number: CR-03-1368(ARR)

Judgment - Page    of

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 100.00 , consisting of a fine of $ N/A and a special assessment of $ 100.00 .

____ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid ____ immediately
                       ____ as follows:

**XXX**  The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

____ The interest requirement is waived.
____ The interest requirement is modified as follows: